O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVON JONES, | CASE NO. CV 09-07402 ODW (RZ) |
| Plaintiff, | |
| vs. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| CITY OF LOS ANGELES, KEVIN PIERCE, CHRISTOPHER NO, | |
| Defendants. | |

The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Plaintiff has objected. The Court accepts the Report and adopts it as its Statement of Uncontroverted Facts and Conclusions of Law.

DATED: September 16, 2011

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE