**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVON JONES, | CASE NO. CV 09-07402 ODW (RZ) |
| Plaintiff, | |
| vs. | JUDGMENT |
| CITY OF LOS ANGELES, KEVIN PIERCE, CHRISTOPHER NO, | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge and adopting the Report as its Statement of Uncontroverted Facts and Conclusions of Law,

IT IS ORDERED AND ADJUDGED that Plaintiff have and take nothing by his Complaint and that the action is dismissed with prejudice.

DATED: September 16, 2011

*/s/ Otis D. Wright*

OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE